UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALCON MANUFACTURING, LTD., ALCON LABORATORIES, INC., and KYOWA HAKKO KOGYO CO. LTD.,<br>Plaintiffs, | )<br>)<br>)<br>) | |
| vs. | )<br>) | |
| APOTEX INC. AND APOTEX CORP.,<br>Defendants. | )<br>)<br>) | 1:06-cv-1642-RLY-TAB<br>(Consolidated) |
| _____ | )<br>) | |
| ALCON RESEARCH, LTD., ALCON LABORATORIES, INC. and KYOWA HAKKO KOGYO CO. LTD.,<br>Plaintiffs, | )<br>)<br>)<br>) | |
| vs. | )<br>) | |
| SANDOZ INC.,<br>Defendant. | )<br>) | |

**ORDER GRANTING APOTEX'S MOTION TO SEVER CLAIMS BY AND AGAINST SANDOZ INC.**

Pursuant to Federal Rule of Civil Procedure 21 ("Rule 21"), Apotex Inc. and Apotex Corp. (collectively "Apotex") move to sever all claims by and against Sandoz Inc. ("Sandoz") in this matter and allow Apotex and Plaintiffs to move forward with the currently scheduled trial on April 26, 2010, without Sandoz. The court, having read and reviewed the motion, and noting that Plaintiffs and Sandoz do not oppose this motion, now **GRANTS** Apotex's motion (Docket # 250). **IT IS THEREFORE ORDERED,**

1

**ADJUDGED, AND DECREED** that Count I of Plaintiffs' February 2, 2009, Complaint against Sandoz and Counts I-III of Sandoz's April 20, 2009, First Amended Answer and Counterclaims are hereby severed and now constitute a separate cause of action under Cause No. 1:09-cv-103-RLY-JMS, the cause in which the claims against Sandoz originally arose. As Cause No. 1:09-cv-103-RLY-JMS is currently closed, the Clerk is **ORDERED** to reopen that cause. The trial on the remaining counts of Cause No. 1:06-cv-1642-RLY-TAB shall proceed on April 26, 2010, as previously scheduled.

**SO ORDERED** this  22nd  day of February 2010.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Jessamyn S. Berniker
WILLIAMS & CONNOLLY LLP
jberniker@wc.com

Robert B. Breisblatt
KATTEN MUCHIN ROSENMAN LLP.
robert.breisblatt@kattenlaw.com

Vincent L. Capuano
DUANE MORRIS LLP
vcapuano@duanemorris.com

Bruce Roger Genderson
WILLIAMS & CONNOLLY LLP
bgenderson@wc.com

Robert M. Gould
DUANE MORRIS LLP
rmgould@duanemorris.com

Abram B. Gregory
TAFT STETTINIUS & HOLLISTER LLP
agregory@taftlaw.com

Kathleen I. Hart
BOSE MCKINNEY & EVANS, LLP
khart@boselaw.com

Paul B. Hunt
BARNES & THORNBURG LLP
paul.hunt@btlaw.com

Donald E. Knebel
BARNES & THORNBURG LLP
donald.knebel@btlaw.com

Craig M. Kuchii
KATTEN MUCHIN ROSENMAN LLP
craig.kuchii@kattenlaw.com

Thomas J. Maas
KATTEN MUCHIN ROSENMAN LLP
thomas.maas@kattenlaw.com

Martin S. Masar III
KATTEN MUCHIN ROSENMAN LLP
martin.masar@kattenlaw.com

Donald R. McPhail
DUANE MORRIS LLP
drmcphail@duanemorris.com

Kerry Brendan McTigue
DUANE MORRIS LLP
kbmctigue@duanemorris.com

Adam L. Perlman
WILLIAMS & CONNOLLY LLP
aperlman@wc.com

Deborah Pollack-Milgate
BARNES & THORNBURG
dmilgate@btlaw.com

Gayle A. Reindl
TAFT STETTINIUS & HOLLISTER LLP
greindl@taftlaw.com

Richard Thomas Ruzich
DUANE MORRIS LLP
rtruzich@duanemorris.com

Larry Selander
lselander@duanemorris.com

Thomas H. L. Selby
WILLIAMS & CONNOLLY LLP
tselby@wc.com

Daniel P. Shanahan
WILLIAMS & CONNOLLY LLP
dshanahan@wc.com

Todd G. Vare
BARNES & THORNBURG LLP
todd.vare@btlaw.com

Shelley J. Webb
WILLIAMS & CONNOLLY LLP
swebb@wc.com